UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

JUNG NAM,

Defendant.

Case No. 26-MJ-00031-AEM

ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO INDICT

The Government moves for a continuance of 14 days for the date within which an indictment or information must be filed against Defendant under 18 U.S.C. § 3161(b), specifically to extend the date from August 28, 2026 to September 11, 2026; and to exclude the time from August 28, 2026 to September 11, 2026, under the Speedy Trial Act.

As grounds, counsel for the Government will be unavailable due to scheduled leave during the week of August 24 and 31, 2026. Defendant has no objection to the extension.

The United States submits that the ends of justice will be served by excluding the aforementioned time and that such ends of justice and interests of Defendant outweigh any interest that the Defendant or the public may have in a speedy indictment and/or trial.

The United States has conferred with Defendant's counsel, who has assented to the filing of this motion.

Date: August 10, 2026

Respectfully submitted,

Todd Blanche
*Attorney General*

Charles C. Calenda
*First Assistant U.S. Attorney*
*District of Rhode Island*

/s/ Denise M. Barton
By: DENISE M. BARTON
*Assistant United States Attorney*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2026, I caused the ASSENTED-TO MOTION FOR EXTENSION OF TIME TO INDICT to be filed electronically and it is available for viewing and downloading from the ECF system.

/s/ Denise M. Barton
DENISE M. BARTON
Assistant U. S. Attorney
United States Attorney's Office
One Financial Center Plaza, 17th Fl.
Providence, RI 02903
Phone: (401) 709-5000
Email: denise.barton@usdoj.gov